**FILED**
Jan 12 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ erikaf     DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ROBERTO ARREOLA,<br><br>                  Defendant. | Case No.:   '16 CR0067 BAS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii) and (v)(II) –<br>Transportation of Certain<br>Aliens and Aiding and Abetting |

The United States Attorney charges:

    On or about December 14, 2015, within the Southern District of California, defendant ROBERTO ARREOLA, knowing and in reckless disregard of the fact that aliens, namely, Raul Garcia-Gonzalez and Carlos Gonzalo Zapata-Chan, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said aliens, within the Southern District of California, in order to help said aliens remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

    DATED:   1/12/16    .

                                              LAURA E. DUFFY
                                              United States Attorney

*/s/ Lara A. Stingley/ for*
                                              LARA A. STINGLEY
                                              Assistant U.S. Attorney

LAST:1/12/2016