PROB 12B  
(08/16)

June 29, 2018  
pacts id: 2019232

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Roberto Arreola (Spanish)  **Dkt No.:** 16CR00067-001-BAS

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Sentence:** 3 years' probation. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 2, 2016

**Date Probation Commenced:** May 2, 2016

**Prior Violation History:** Yes. Please refer to prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Enter and complete a residential drug treatment program as approved by the court or the probation officer.

### CAUSE

On or about June 5, 2018, Mr. Arreola used a controlled substance, methamphetamine, as evidenced by his written admission to the probation officer. On the above date, Mr. Arreola reported to Imperial Valley Drug and Rehab Clinic, Inc. (IVDRC), and submitted a urine sample for drug testing. Said test screened positive for amphetamines. When informed of the positive test results, Mr. Arreola admitted to the undersigned he used methamphetamine.

Mr. Arreola explained he had been doing fine working on maintaining his sobriety. He stated he "ran into an old friend" at a truck stop and failed to identify the situation he was getting himself into. He explained that before he knew it he was back to his old behaviors. Mr. Arreola attributed his relapse to failing to stay away from certain acquaintances. The undersigned admonished Mr. Arreola for his actions.

The undersigned spoke to Mr. Arreola about entering a residential drug treatment program. The undersigned pointed out to Mr. Arreola the fact he has developed a behavioral pattern where he relapses every so many months and in essence has not stopped using illicit substances since the onset of his term of probation. Mr. Arreola was not very receptive to the idea, and stated he was afraid of losing his business but most of all his family. The undersigned explained that sooner or later he will lose both if he does not stop using methamphetamine.

Mr. Arreola agreed with the undersigned and decided it was for his best interest to enter a residential drug treatment program to deal with his ongoing illicit drug use. The undersigned provided Mr. Arreola with a list of potential residential drug treatment programs. To his credit, Mr. Arreola has been proactive and at this point he is actively seeking a program that will suit his needs.

PROB12B

Name of Offender: Roberto Arreola  June 29, 2018
Docket No.: 16CR00067-001-BAS  Page 2

Therefore, with the aforementioned in mind, it is respectfully recommended Mr. Arreola's conditions of probation be modified as specified above. In acceptance of the modification, Mr. Arreola has signed a Waiver of Hearing, Probation Form 49, which has been attached to this report for the Court's review.

Respectfully submitted:  Reviewed and approved:

by _____  _____
Sergio L. Arteaga  Pascual Linarez
U.S. Probation Officer  Supervising U.S. Probation Officer
(760)339-4204

Attachments: Probation Form 49

**THE COURT ORDERS:**

_X_  The Modification of Conditions as Noted Above.

____  Other _____

_____  7-16-18
The Honorable Cynthia Ann Bashant  Date
U.S. District Judge

NF